[No. 19185-1-III.   Division Three.   May 24, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. DIANA MARIA ALEXANDER, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 99-1-00306-7, Craig J. Matheson, J., entered March 10, 2000. *Affirmed* by unpublished opinion per Kurtz, C.J., concurred in by Sweeney and Schultheis, JJ.

[No. 19216-4-III.   Division Three.   May 24, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. NATHANIEL JACOB HAUX, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 99-1-02103-8, James M. Murphy, J., entered March 24, 2000. *Affirmed* by unpublished opinion per Sweeney J., concurred in by Kurtz, C.J., and Schultheis, J.

[No. 19436-1-III.   Division Three.   May 24, 2001.]

NEIL D. HIERONYMUS, ET AL., *Respondents*, v. EUGENE PARSLOW, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Spokane County, No. 00-2-00361-1, Michael E. Donohue, J., entered June 16, 2000. *Affirmed* by unpublished opinion per Kato, J., concurred in by Kurtz, C.J., and Sweeney, J.

[No. 19500-7-III.   Division Three.   May 24, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. BRANDON BAILEY BECKFORD, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 00-8-00690-1, Heather K. Van Nuys, J., entered July 17, 2000. *Affirmed* by unpublished per curiam opinion.